

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-14-00693-CV

Style:  Giovanny F. Laguan and Marina Del T. Martinez v. Hilary J. Lloyd
and Kimberly A. Lloyd

Date motion filed[*]:  October 2, 2015

Type of motion:  2nd Late Motion for Extension of Time to File Appellant's Brief

Party filing motion:  *Pro Se* Appellant Giovanny F. Laguan

Document to be filed:  Appellant's Brief

Is appeal accelerated?  No.

If motion to extend time:

Original due date:  June 29, 2015

Number of extensions granted:  1  Current Due Date:  August 28, 2015

Date Requested:  December 2, 2015

Ordered that motion is:

☑ Granted in part

If document is to be filed, document due:  November 9, 2015.

☑ No further extensions of time will be granted.
☐ Denied
☐ Dismissed (*e.g.*, want of jurisdiction, moot)
☑ Other: _____

On July 14, 2015, this Court granted appellant's late motion for an extension of time to file his brief, in part, until August 28, 2015, but warned appellant that no further extensions would be granted absent extraordinary circumstances.  Thus, appellant's second late motion is **granted in part**, until November 9, 2015, because he claims he needs more time since he is facing eviction in an appeal in the Fourteenth Court of Appeals.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).  But appellant is warned that **no further extensions will be granted**, and if his brief is not filed by November 9, 2015, the appeal may be dismissed without further notice.  *See id.* 42.3(b), (c).

Judge's signature: /s/ Laura Carter Higley
☒ Acting individually      ☐ Acting for the Court
Date:  October 8, 2015

November 7, 2008 Revision